# ORME RICE COMPANY, Plf.,

*v.*

# CORTES HERMANOS & COMPANY, Dfts.

San Juan, Law, No. 1435.

AWARD.

Pleading—Award—Demand to be Alleged.

> In an action brought in this court upon an alleged award and there is no allegation on behalf of the plaintiff that he made a demand upon the defendants for payment before the commencement of the action, such complaint is subject to demurrer.

Opinion filed July 14, 1921.

Order sustaining demurrer to amended complaint.

*Mr. Harry F. Besosa* for plaintiff.

*Messrs. Texidor & De la Haba* for defendants.

ODLIN, Judge, delivered the following opinion:

In this case the plaintiff, by leave of the court, filed on March 11, 1921, an amended complaint. On April 25, 1921, a demurrer to this amended complaint was filed on behalf of the defendants. This demurrer has been argued both orally and in writing by the respective counsel in this case.

XII. Porto Rico.—17.

Orme Rice Co. v. Cortes Hermanos & Co.

The court finds it necessary to sustain the demurrer to the amended complaint upon the ground that said amended complaint fails to state a cause of action, in that there is no allegation in said amended complaint that a demand was made by the plaintiff upon the defendants before the commencement of this action for the payment of the amount alleged by the plaintiff to be due from the defendants arising from the award or awards set forth in ¶¶ 6–11, inclusive, of the said amended complaint.

The court is of the opinion that it is necessary for the plaintiff in an action of this character to allege and prove a demand before commencing a suit.

Therefore, the demurrer to the amended complaint must be sustained and the plaintiff is allowed ten days in which to file a second amended complaint, if the plaintiff shall so desire. Otherwise this action shall be dismissed and the plaintiff shall pay the costs of this proceeding.